Elizabeth R. Fondiller, Respondent, v. Richard Fondiller et al., Appellants.—

No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ. [179 Misc. 1086.]

Elizabeth R. Fondiller, Appellant, v. Richard Fondiller et al., Respondents.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

Samuel I. Posen et al., Suing on Their Own Behalf and on Behalf of All Other Stockholders of Universal Pictures Company, Inc., Similarly Situated, Respondents, v. J. Cheever Cowdin et al., Respondents, J. Arthur Rank et al., Defendants, and Maurice Deutsch, Intervener, Defendant-Appellant.—

Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.; Martin, P. J., taking no part.

The People of the State of New York ex rel. Cerana Apartments Corporation, Appellant, against Joseph Lilly et al., Constituting the Tax Commission of the City of New York, Respondents.—

Settle order on notice. Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ.

David Robbins, Respondent, v. Maurice Simmons, Appellant.—

Present — Townley, Glennon, Dore, Cohn and Callahan, JJ.

Peter Casella, Respondent, v. Maurice Simmons, as Property Clerk of the Police Department of the City of New York, Appellant.—

Present — Townley, Glennon, Dore, Cohn and Callahan, JJ.

Irwin M. Coane, Individually and as a Stockholder of American Distilling Company, Suing on His Own Behalf and on Behalf of Said Corporation, Respondent-Appellant, Ida Gelfand, Individually and as a Stockholder of American Distilling Company, Suing on Her Own Behalf and on Behalf of Stockholders Similarly Situated, Appellant-Respondent, Craftsmen Finance & Mortgage Co., Inc., et al., Respondents, and Esther Garwin et al., Plaintiffs, v. American Distilling Company et al., Appellants-Respondents, et al.,

Defendants. (Consolidated Actions.) Settle order on notice. Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Assignment for the Benefit of Creditors of BROWN BOMBER BAKING CO., INC., to RAYMOND T. FISKE, JR., Appellant. MODERN INDUSTRIAL BANK, Respondent.— No opinion. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.

DONALD FLAMM, Appellant, v. EDWARD J. NOBLE, Respondent.— No opinion. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of an Application to Set Aside Certain Elections of Directors and Officers of CAESAR CHEMISTS, INC. ROSE SIESER, Appellant; ADELAIDE L. SIESER et al., Repondents.— No opinion. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.

MARY SPAULDING, Respondent, v. WILLIAM E. SPAULDING, Appellant.— No opinion. Settle order on notice. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.

FRANCIS L. ASTE, Respondent, v. HARRY SCHETZEN, Appellant, and FLACO CO., INC., et al., Impleaded Defendants.— Settle order on notice. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.

GERALDINE L. THOMPSON et al., Appellants, v. MARSHALL MUNDHEIM, Respondent.— No opinion. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ. [180 Misc. 1002.]

PINCUS M. MARCUS, Respondent, v. RAY MARCUS, Appellant.— No opinion. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.

J. C. LYONS SONS CO., Respondent, v. FIROZ REALTY CORPORATION, Appellant, et al., Defendants. (Appeal No. 1.)